427 A.2d 251

Commonwealth v. Stufflet, Appellant.

Submitted September 13, 1979. Jeffrey G. Velander, Assistant Public Defender, for appellant; Ralph A. Matergia, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.